

**FILED**

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0300

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA-22-0300

Terry F. Schaplow, P.C.
3825 Valley Commons Drive, Suite 1
Bozeman, MT 59718
Phone: (406) 587-2767
Attorney for Defendant/Appellant

**FILED**

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| STATE OF MONTANA/CITY OF BOZEMAN<br><br>Plaintiff and Respondent<br><br>v.<br><br>MICHAEL JAY SCHAPLOW<br><br>Defendant and Appellant | Gallatin County Cause No. DC-19-307B<br><br>Bozeman Municipal Court # TK-115-2018-2964<br><br>ORDER DISMISSING APPEAL |

Upon review of defendant/appellant's unopposed motion to dismiss appeal and good cause appearing therefor, IT IS HEREBY ORDERED that defendant/appellant's appeal is hereby dismissed.

Dated this 9 day of August, 2022

_____
Chief Justice

Cc: Bozeman Municipal Court clerk: mwestberg@bozeman.net

Bozeman City Attorney's office: bmclean@bozeman.net

defendant/appellant's attorney: tfschaplow@gmail.com